HON. THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROOFING SERVICES, INC., <br><br> Defendant. | NO. C05-0972TSZ <br><br> **ORDER FOR ENTRY OF DEFAULT JUDGMENT** |

The defendant failed to plead or otherwise defend in this action, his/its default having been entered by the clerk and the plaintiffs having moved the court without opposition for an order directing the entry of a default judgment supported by declaration and memorandum in support thereof; and the court having duly considered this matter:

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted and judgment by default shall be entered in favor of plaintiffs against defendant as follows:

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - C05-0972TSZ - 1

LAW OFFICES OF
RINEHART & ROBBLEE
==========================
1620 METROPOLITAN PARK BUILDING
1100 OLIVE WAY · SEATTLE, WA 98101
(206) 467-6700 · FAX (206) 467-7589

1. Forty Thousand, Four Hundred, Seventy-two and 94/100 Dollars ($40,472.94) in employee benefit contributions due for the period February to April 2005, inclusive, with interest at the rate of 12% per annum until paid;

2. Seven Thousand, Eight Hundred, Twenty-nine and 01/100 Dollars ($7,829.01) in liquidated damages for the period February through April 2005, inclusive, with interest at the rate 3.9% per annum until paid;

3. One Thousand, Seven Hundred, Fifteen and 24/100 Dollars ($1715.24) in pre-judgment interest through August 30, 2005 on February through April 2005 contributions, with interest at the rate of 3.9% per annum until paid;

4. Three Hundred, Twenty-two and 50/100 Dollars ($322.50) in costs, with interest at the rate of 3.9% per annum until paid; and

5. Six Hundred, Sixty-five and 00/100 Dollars ($665.00) in attorneys' fees, with interest at the rate of 3.9% per annum until paid.

DATED this 13th day of September, 2005.

_____
THE HONORABLE THOMAS ZILLY

Presented by:

s/ Mark E. Brennan
WSBA No. 8389
Attorney for Plaintiffs
Rinehart & Robblee, P.L.L.P.
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - C05-0972TSZ - 2

LAW OFFICES OF
RINEHART & ROBBLEE
==========================
1620 METROPOLITAN PARK BUILDING
1100 OLIVE WAY · SEATTLE, WA 98101
(206) 467-6700 · FAX (206) 467-7589